THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM ABRAHAMS, CHARLES ANDERSON and JOSEPH KAPLAN, Appellants.

Argued March 3, 1942; decided April 16, 1942.

*Fred M. Rosen* for appellants.

*Edward J. Neary, District Attorney (Philip Huntington* and *Frank A. Gulotta* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J., LOUGHRAN and FINCH, JJ.